UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No: 1:11-cr-188

v                                                 HON. JANET T. NEFF

DAVID ANTONIO ALLEN,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Amended Report and Recommendation filed October 20, 2011 by the United States Magistrate Judge in this action. The Amended Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Amended Report and Recommendation of the Magistrate Judge (Dkt 63) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: November 7, 2011                 /s/Janet T. Neff
                                               JANET T. NEFF
                                               UNITED STATES DISTRICT JUDGE